# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRAVIS COLE, JR.**                                                                                                 **PLAINTIFF**

v.                                              4:19-CV-00304-BSM

**JOHNSON CONTROLS, INC.,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE